UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (NO. VI) | : | Civil Action No. MDL – 875 |

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | | |
|---|---|---|
| Larry Russell, et al. | : | |
| v. | : | Civil Action No. 01-1162 |
| A.W. Chesterton Co., et al. | : | |

## MOTION AND ORDER OF DISMISSAL

Plaintiff, RAYMOND FLOW, hereby submits to the Court, in accordance with this Court's Administrative Order No. 12, that Plaintiff desires to dismiss with prejudice all claims against the remaining Defendants.

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that the claims of Plaintiff Raymond Flow in the above-mentioned case against all remaining Defendants be, and here are, dismissed with prejudice.

IT IS SO ORDERED.

Date:   March 14, 2008.

Russell B. Winburn
Odom Law Firm, P.A.
1 East Mountain
Fayetteville, Arkansas 72701
(479) 442-7575

Judge James T. Giles
Date: 3/18/2008